# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **Plaintiff** : | |
| : | **CASE NO. 2:17 CR 196** |
| **v.** : | |
| : | **JUDGE WATSON** |
| **TEMESIA A. GREEN,** : | |
| : | |
| **Defendant.** : | |

## MOTION OF DEFENDANT TO FILE DOCUMENTS UNDER SEAL

Now comes Defendant, Temesia Green, by and through undersigned counsel and moves this Court to issue an Order directing the United States District Court Clerk's Ofcie to file certain documents under seal. The nature of the documents counsel seeks to file require the filing be done under seal.

                          Respectfully submitted,

                          /s/ Zachary M. Swisher
                          Zachary M. Swisher (0076288)
                          Sybert Rhoad Lackey and Swisher LLC
                          153 South Liberty Street
                          (614) 785-1811 (o)
                          (614) 785-1069 (f)
                          zach@law153group.com
                          Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing was electronically served upon the United States Attorney's Office, 303 Marconi Blvd., Suite 200, Columbus, Ohio 43215, on this October 21, 2020

/s/ Zachary M. Swisher
Zachary Swisher  (0076288)