December 11, 2020

Temesia A. Greene
Reg. #76830-061
FMC Carswell Camp
PO Box 27137
Ft. Worth, TX
76127

---

UNITED STATES DISTRICT COURT
Southern District of Ohio
Attn: The Honorable Judge Watson
85 Marconi Blvd.
Columbus, OH
43215

To The Honorable Judge Watson:

Several years ago at my sentencing hearing you told me that you welcomed information concerning my progress during incarceration. Therefore, please accept this additional certificate which signifies another marked milestone toward transformation.

For 18 months I have devoted my time to learning about myself while actively practicing my Christian faith. I've participated in group discussion, trust activities, written reports, church services, religious tolerance, and public speaking. The nine foundations of life that LCP has taught me and instructed me to exercise has changed my core beliefs and in extension my world view. I know my vision for a successful future is achievable as long as I am willing to work for it. My main objective of this letter is this: this experience has been worthy of every effort put forward because I now know that I want to be what I want my children to become.

Please consider my past, my future, and the considerable change of my present state of mind when deciding your judgement for my Reduction in Sentence. I pray you rule in my favor...

Respectfully and sincerely,

Temesia A. Greene  *Temesia Greene*

## COHORT 34



# LIFE CONNECTIONS PROGRAM

Graduation &
Recognition
Ceremony

December 10, 2020

Federal Medical Center,
Carswell
Fort Worth, Texas

## Life Connections Program

### Graduates

- Bigler, Roberta
- Carr, Crystal
- Dale, Veronica
- Dobbs, Krisandrea
- Dominguez, Carla
- Dunegan, Michelle
- Engel-Isbell, Heather
- Gay, Tiffany
- Greene, Jameson
- Grimes, Rebecca
- Haro, Sandra
- Hudgins, April
- Lee, Sarah
- Lone Elk, Chasity
- Norris, Ashley
- Okoronji, Patience
- Petrie, Amanda
- Pizzo, Veronica
- Pressley, Izyn
- Stepich, Kortney
- Torres, Patricia

## LCP STAFF

Chaplain J. Gunn
Program Coordinator

Mrs. N. Blackerby
Catholic Spiritual Guide

Mr. B. Wood
Protestant Spiritual Guide

Mrs. K. Mobley
Mentor Coordinator

Mr. C. Ingram
Religious Services Assistant

Special Thanks To:
Religious Services
Unit Team
FMC Carswell Staff
LCP Staff
LCP Mentors






OUR DESTINY
IS NOT DETERMINED
BY THE NUMBER OF TIMES
WE STUMBLE
BUT BY
THE NUMBER OF TIMES
WE RISE UP,
DUST OURSELVES OFF,
AND
MOVE FORWARD.

—Dieter F. Uchtdorf

## Program Agenda

Processional
LCP Graduates

Welcome
Chaplain J. Gunn

Invocation
Supervisory Chaplain J. Clark

Presentation
Drumming
Cohort 34 Graduates

Introduction of Guest Speaker
Supervisory Chaplain J. Clark

Commencement Speaker
Mr. A. Carrigan

Presentation of Certificates
Awards/Recognition - LCP Staff

Closing Remarks
Warden M. Carr

## Life Connections Program

In October 2002, the Federal Medical Center (FMC), Carswell opened the first faith-based initiative for female offenders in the Bureau of Prisons. The Life Connections Program (LCP), is an eighteen month Residential Re-entry Program.

The Life Connections Program is a voluntary, intensive program open to all inmates who wish to follow a spiritual pathway to personal change and development. Today is the thirty-fourth graduation since the Life Connections Program was initiated at FMC Carswell.

# Certificate of Achievement

## LIFE CONNECTIONS PROGRAM – December 10, 2020

This certificate is awarded to

## Temesia Green

_J. Guyh, LCP Program Coordinator_

_J. Clark, Supervisory Chaplain_

